1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  180 Montgomery St., Suite 2350
   San Francisco, CA. 94104
3  Telephone: (415) 362-6252
   Facsimile: (415) 362-6431
4
5  Attorneys for Defendant

6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,          )   No. CR 11-00062 SBA
                                      )
12      Plaintiff,                    )
                                      )   STIPULATION AND [PROPOSED]
13 v.                                 )   ORDER TO CONTINUE STATUS
                                      )   HEARING
14 DAGOBERTO GARCIA,                  )
                                      )
15      Defendant.                    )

16
17        Undersigned counsel for defendant Dagoberto Garcia was recently appointed to represent
18 the defendant. At that time, the Magistrate Judge set an appearance before this Court for May
19 17, 2011 for Status. This Court thereafter continued that appearance by Clerk's Notice to May
20 24, 2011. Counsel for defendant had already set two appearances in San Francisco for the
21
22 morning of May 24, 2011.
23        Counsel for the government and defendant STIPULATE to continue the Status Hearing
24 from May 24, 2011 to June 28, 2011 at 10:00 a.m. The parties further STIPULATE that the time
25 from May 24, 2011 to June 28, 2011 should be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to
26
27 allow counsel for the defendant reasonable time necessary for effective preparation, given the
28

recent appointment and need to perform investigation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: May 20, 2011                               /s/
                                                                    Christina McCall
                                                                    Assistant United States Attorney

DATED: May 20, 2011                               /s/
                                                                    Scott A. Sugarman
                                                                    Attorney for Dagoberto Garcia

SO ORDERED.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

The ends of justice served by the granting of a continuance from May 24, 2011 until June 28, 2011, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from May 24, 2011 until June 28, 2011.

IT IS FURTHER ORDERED that the STATUS HEARING date of May 24, 2011 is CONTINUED to June 28, 2011 at 10:00 a.m.

DATE: 5-20-11                                      _____
                                                                    SAUNDRA BROWN ARMSTRONG
                                                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR 11-00062 SBA

2