MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:      Christina.McCall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0062 SBA | |
|     Plaintiff, ) | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON NOVEMBER 2, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
|     v. ) | | |
| DAGOBERTO G. GARCIA, ) | | |
|     Defendant. ) | Date:     July 29, 2011<br>Time:    10:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong | |

     The above-captioned matter is set on July 29, 2011 before this Court for a status conference. The parties request that this Court vacate that date and set this matter for change of plea and sentencing on November 2, 2011 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between July 28, 2011 and November 2, 2011.

     The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office, the parties request that this matter be set on November 2, 2011 at 10:00 a.m. for change

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JUNE 15, 2010 & TO EXCLUDE TIME
No. CR-11-0062 SBA

of plea and sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between July 28, 2011 and November 2, 2011 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: July 28, 2011

/s/
_____
CHRISTINA M. McCALL
Assistant United States Attorney
Counsel for United States

/s/
_____
SCOTT SUGARMAN
Counsel for Dagoberto Garcia

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on November 2, 2011 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between July 28, 2011 and November 2, 2011 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on November 2, 2011 at 10:00 a.m., and that time between July 28, 2011 and November 2, 2011 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

1 | **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
2 | Presentence Investigation Report.

DATED:_7/28/11

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge